UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ENDER ROLANDO CARDENAS CHACON,

*Petitioner*,

v.                                                                Case No. 5:26-CV-0437-JKP

WARDEN, ERO Karnes County Immigration
Processing Center, et al.,

*Respondents*.

### ORDER OF DISMISSAL

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1) and Petitioner's Notice of Mootness and Motion to Dismiss (ECF No. 10). Petitioner moves for dismissal because subsequent events—namely his release—have rendered the instant petition moot. The Court thus **GRANTS** the motion and **DISMISSES** the instant Petition for Writ of Habeas Corpus for lack of jurisdiction. This order qualifies as a final judgment dismissing the habeas petition without prejudice because it is moot. **The Clerk of Court shall close this case for all purposes.**

IT IS SO ORDERED this 3rd day of April 2026.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE